N. Muzante, Plaintiff in Error, v. W. B. Taylor, Defendant in Error.

A Writ of Error to the Circuit Court for Orange County.

Writ of Error dismissed by order of the Court.

*E. W. & R. C. Davis,* for Plaintiff in Error;

*Jones & Jones* and *P. A. Vans Agnew,* for Defendant in Error.

---

Douglas Graham, Appellant, v. George W. Lambert, *et al.,* Appellees.

An Appeal from the Circuit Court for Palm Beach County.

Appeal dismissed by order of the Court.

*Kline, Quincey* and *Rice* and *Holis T. Pope,* for Appellant;

*Blackwell, Donell & McCracken,* for Appellees.

---

William H. Haywood, Appellant, v. Christine Haywood, Appellee.

An Appeal from the Circuit Court for Orange County.

Appeal dismissed on motion of counsel for Appellant.

*Wilson & Householder,* for Appellant;

*Maguire & Voorhis,* for Appellee.